AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| SHOUA KIONG<br>      Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>      Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:09-AT-00396 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

**X** GRANTED.

    **X** The clerk is directed to file the complaint.

    **X** IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this __27th__ day of _____May_____, __2009__.

                                                         /s/ Sandra M. Snyder
                                                         Signature of Judicial Officer

                                                         SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                                         Name and Title of Judicial Officer